Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

☒ FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 0 5 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE  LRCiv P 5.4
(Rule Number/Section)

Robert Howarth
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

City of Phoenix
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. **CV21-01356-PHX-DMF**
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Robert Howarth
Address: PO Box 47754
City: Phoenix   State: AZ   Zip Code: 85068-7754
County: Maricopa
Telephone Number: 602-580-4107
E-Mail Address: rlh.l.howarth7@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: City of Phoenix
Job or Title (if known):
Address: 200 W. Washington St.
City: Phoenix   State: AZ   Zip Code: 85003
County: Maricopa
Telephone Number: 602-262-7111
E-Mail Address (if known):

[ ] Individual capacity   [x] Official capacity

Defendant No. 2
Name:
Job or Title (if known):
Address:
City:   State:   Zip Code:
County:
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity   [ ] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

**Defendant No. 3**
Name
Job or Title (if known)
Address

           City        State       Zip Code

County
Telephone Number
E-Mail Address (if known)

☐ Individual capacity     ☐ Official capacity

**Defendant No. 4**
Name
Job or Title (if known)
Address

           City        State       Zip Code

County
Telephone Number
E-Mail Address (if known)

☐ Individual capacity     ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*An Fair & Affordable Housing denied because of my religion of Islam due to my religion of Islam*

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

*I am a victim of The City of Phoenix violating my civil rights, because it refused me fair & affordable housing at Sunnyslope Manor because of my religious clothing (Islamic) & religion of Islam, which is a civil rights violation of the Fair Housing Act.*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The City of Phoenix refused me a lease at Sunny Slope Manor, because of my Islamic clothing + religion of Islam, giving me a fradulent eviction when I lived at Pine Towers, when I moved out of Pine Tow on 10/20/11 because of mismanagement there, + because I feard for my life because of all the gun fire there from about 2009 to 2011 at a hous I also asked Mayor Gordon + cty Mgr David Cavazos to terminate Veronica Gritman, Penelope Novil + Kim Dorning because of Miss + there eviction of me was pay back for my complaints about them.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Pine Towers Apartments located about 2936 N 36th St. Apt. 248 Phx AZ in Phoenix AZ.

B. What date and approximate time did the events giving rise to your claim(s) occur?

From about 2009 to October 19, 2011

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was dicriminated against because of my Islamic type head dress, + because of my religion of Islam, and because I complained about Bed Bugs, roaches, loud noise, gun fire, refusal to keep the computer room open and operating, not keeping the computers running, Prostitution, loud noise, not keeping the vehicle gate working, Manager not in her office most of the day etc. They evicted me falsely for many things claiming I was making physical Threats to housing staff + saying too many people were complaining about me + stop y'all the gunfire on + near the property. I feared for my life. I mainly moved out on 10/20/2011 because phoenix refused

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I have post tramatic stress Disorder now PTSD because of this religious housing discrimination, and Phoenix will not allow me to loase at Sunny slope Manor. And Phoenix may be telling every where I apply to lease, that I have an eviction so no HUD Funded Properties will lease to me now. I am living on the street. ~~for atted~~ ~~not~~ I have a small social security income. I cannot afford private Housing

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I ask the court to award me $10,000.00 because Phoenix violated my Fair + affordable housing civil rights because of my Islamic clothing, + being a Muslim ~~because I~~ fraudulently evicted me. I ask the court to find Phoenix guilty of violating the Fair Housing Act, by refusing me fair + affordable housing, because of my religion of Islam & Islamic clothing. I also ask the court to order Phoenix to pay a fine of $10,000,000. To the ~~Housing of~~ HUD Department of Housing and Urban Development, for violating the Fair Housing Act. I also ask the court to order Phoenix to award me a lease at Sunny Slope Manor, within 30 days or less. I request a Muslim male Judge who will not discriminate against me because of myself being a whistle blower, and my religion of Islam.

Page 5 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/27/21

Signature of Plaintiff    *Robert Howarth*
Printed Name of Plaintiff   Robert Howarth

### B. For Attorneys

Date of signing: _____

Signature of Attorney    _____
Printed Name of Attorney  _____
Bar Number               _____
Name of Law Firm         _____
Address                  _____
                         _____
                         City         State      Zip Code
Telephone Number         _____
E-mail Address           _____